| | |
|---|---|
| 1 | Sophia S. Lau, State Bar Number 13365<br>*slau@earlysullivan.com* |
| 2 | EARLY SULLIVAN WRIGHT<br>  GIZER & McRAE LLP |
| 3 | 8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148 |
| 4 | Telephone:  (702) 331-7593<br>Facsimile:  (702) 331-1652 |
| 5 | |
| 6 | Attorneys for Defendant<br>FIDELITY NATIONAL TITLE INSURANCE<br>COMPANY |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BJK ENTERPRISES, INC.,<br><br>                      Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY; HORIZON NATIONAL TITLE INSURANCE, LLC; DOES 1-IV; ROE CORPORATIONS I-IV,<br><br>                      Defendants. | Case No.:  2:19-CV-01776-KJD-VCF<br><br>**STIPULATION AND  ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff BJK Enterprises, Inc. ("Plaintiff") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed its complaint in the matter in Nevada's Eighth District Court in and for Clark County on September 9, 2019;

**WHEREAS**, Fidelity was served with the summons and complaint on or about September 23, 2019;

**WHEREAS**, Plaintiff's response to the complaint is due on or about October 15, 2019;



514317.1

**STIPULATION AND PROPOSED ORDER**

1  **WHEREAS**, Plaintiff has agreed to extend Fidelity's time to respond to the complaint to November 6, 2019; and

**WHEREAS**, this is the first stipulation for an extension of Fidelity's time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Fidelity shall file its response to the complaint on or before <u>November 6, 2019</u>.

Dated: October 11, 2019         EARLY SULLIVAN WRIGHT
                                 GIZER & McRAE LLP

                                By: __/s/ Sophia S. Lau_____
                                    SOPHIA S. LAU
                                    Attorneys for Defendant
                                    FIDELITY NATIONAL TITLE INSURANCE
                                    COMPANY


Dated: October 11, 2019         GUINNESS LAW FIRM


                                By: __/s/ Guinness Ohazuruike_____
                                    GUINNESS OHAZURUIKE
                                    Attorneys for Plaintiff
                                    BJK ENTERPRISES, INC.


## ORDER

**IT IS SO ORDERED:**


By:_____[signature]_____
    UNITED STATES MAGISTRATE JUDGE

         10-15-2019
Dated:_____

STIPULATION AND PROPOSED ORDER

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP and that on October 11, 2019 the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT** was served on all parties and counsel identified on the CM/ECF System via Electronic Notification, including on the following counsel:

Guinness Ohazuruike
Guinness Law Firm
6845 W. Charleston Blvd., #A
Las Vegas, NV 89117
702-473-9300
Fax: 702-920-8112
Email: guinnesslaw@gmail.com

*/s/-D'Metria Bolden*
D'METRIA BOLDEN

514317.1