| | |
|---|---|
| 1 | Sophia S. Lau, State Bar Number 13365 |
| | *slau@earlysullivan.com* |
| 2 | EARLY SULLIVAN WRIGHT |
| | GIZER & McRAE LLP |
| 3 | 8716 Spanish Ridge Avenue, Suite 105 |
| | Las Vegas, Nevada 89148 |
| 4 | Telephone: (702) 331-7593 |
| | Facsimile: (702) 331-1652 |
| 5 | |
| 6 | Attorneys for Defendant |
| | FIDELITY NATIONAL TITLE INSURANCE |
| 7 | COMPANY |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BJK ENTERPRISES, INC., | Case No.: 2:19-CV-01776-KJD-VCF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY; HORIZON NATIONAL TITLE INSURANCE, LLC; DOES 1-IV; ROE CORPORATIONS I-IV, | |
| | **(Second Request)** |
| Defendants. | |

Plaintiff BJK Enterprises, Inc. ("Plaintiff") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed its complaint in the matter in Nevada's Eighth District Court in and for Clark County on September 9, 2019;

**WHEREAS**, Fidelity was served with the summons and complaint on or about September 23, 2019;

**WHEREAS**, Plaintiff's response to the complaint was originally due on or about October 15, 2019;



**STIPULATION AND PROPOSED ORDER**

519406.1

**WHEREAS**, the parties previously stipulated to extend Fidelity's time to respond to the complaint to November 6, 2019;

**WHEREAS**, the parties are discussing the possibility of entering into a stipulation of dismissal;

**WHEREAS**, this is the second stipulation for an extension of Fidelity's time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Fidelity shall file its response to the complaint on or before <u>November 21, 2019</u>.

Dated: November 4, 2019            EARLY SULLIVAN WRIGHT
                                   GIZER & McRAE LLP

                                   By:  */s/ Sophia S. Lau*
                                       SOPHIA S. LAU
                                       Attorneys for Defendant
                                       FIDELITY NATIONAL TITLE INSURANCE
                                       COMPANY

Dated: November 4, 2019            GUINNESS LAW FIRM

                                   By:  */s/ Guinness Ohazuruike*
                                       GUINNESS OHAZURUIKE
                                       Attorneys for Plaintiff
                                       BJK ENTERPRISES, INC.

## **ORDER**

**IT IS SO ORDERED:**

By: _[signature]_
UNITED STATES MAGISTRATE JUDGE

Dated: 11-6-2019

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP and that on November 4, 2019 the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT (Second Request)** was served on all parties and counsel identified on the CM/ECF System via Electronic Notification, including on the following counsel:

Guinness Ohazuruike
Guinness Law Firm
6845 W. Charleston Blvd., #A
Las Vegas, NV 89117
702-473-9300
Fax: 702-920-8112
Email: guinnesslaw@gmail.com


                                      */s/-D'Metria Bolden*
                                        D'METRIA BOLDEN

3
**STIPULATION AND PROPOSED ORDER**