Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BJK ENTERPRISES, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>           Defendants. | Case No.: 2:19-cv-01776-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |



**1**
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
571716.1

Plaintiff BJK Enterprises, Inc. ("Plaintiff") and Defendant Fidelity National Title Insurance Company, by and through their counsel of record, hereby stipulate and agree that Plaintiff's complaint against all defendants be dismissed in its entirety, with prejudice, with each party to be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 18th day of August, 2020.

**GUINNESS LAW FIRM**

*/s/ Guinness Ohazuruike*
Guinness Ohazuruike, Esq.
Nevada Bar No. 11231
6845 W. Charleston Blvd. #A
Las Vegas, NV 89117
*Attorneys for Plaintiff BJK Enterprises, Inc.*

DATED  August 20 , 2020

DATED this 18th day of August, 2020.

**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE



**2**
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

571716.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020 the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served to all parties and counsel identified on the CM/ECF System via Electronic Notification, including the following:

Guinness Ohazuruike, Esq.
GUINNESS LAW FIRM
6845 W. Charleston Blvd. #A
Las Vegas, Nevada  89117

Tel: (702) 473-9300
Fax:(702) 920-8112

*guinnesslaw@gmail.com*

                           ___*/s/ Sophia S. Lau*_____
                                SOPHIA S. LAU

